AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gilberto LOPEZ-MALDONADO, a/k/a "Roberto Lopez-Maldonado" | ) ) ) ) ) | Case No.  15-8663-JMH |
| Defendant(s) | | |

FILED by _____ D.C.
DEC 2 2 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 22, 2015 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | Knowing possession of a fraudulent document required as evidence of an authorized stay and employment in the United States |

This criminal complaint is based on these facts:

Please see the affidavit of Immigration and Customs Enforcement ("ICE") Deportation Officer Andy Korzen, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/22/2015

_____
Judge's signature

City and state: West Palm Beach, Florida    Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. GILBERTO LOPEZ-MALDONADO
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over twelve years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gilberto LOPEZ-MALDONADO, also known as Roberto LOPEZ-MALDONADO, committed the offenses of fraud and misuse of visas, permits, and other documents, in violation of Title 18, United States Code, Section 1546(a).

3. On December 22, 2015, Immigration and Customs Enforcement Officers were conducting surveillance at a residence in Lake Worth, Florida as part of an investigation. Agents had obtained an administrative warrant for an immigration violation for Gilberto LOPEZ-MALDONADO. Agents observed an individual later identified as Rene Martin-Vasquez leaving the residence. Officers identified themselves and asked Martin-Vasquez if anyone else was residing in the residence. Martin-Vasquez confirmed that six other individuals were residing at that address. Agents asked Martin-Vasquez if they could enter the residence and Rene Martin-Vasquez gave them permission.

4. Inside the residence, Gilberto LOPEZ-MALDONADO was positively identified by a previous arrest photograph and was asked for any form of identification. Gilberto LOPEZ-MALDONADO produced two Guatemalan passports issued in the name of Gilberto LOPEZ-MALDONADO. Inside one of the passport books I located these additional documents:

- Guatemalan Identification bearing the name of Gilberto LOPEZ-MALDONADO,
- Guatemalan birth certificate bearing the name Gilberto LOPEZ-MALDONADO,
- Social Security Card bearing the name of Roberto LOPEZ-MALDONADO, number xxxx-xx-0400, and
- Resident Alien Card bearing the name of Roberto LOPEZ-MALDONADO, number Axxxxx9789,

5. The alien number listed on the Resident Alien Card that was located inside Gilberto LOPEZ-MALDONADO's passport was checked in the Central Index System (CIS), an immigration database that contain records of all alien numbers issued. A query of the CIS database revealed that number Axxxxx9789 was assigned to another individual and not Gilberto LOPEZ-MALDONADO.

6. On December 22, 2015, I interviewed Gilberto LOPEZ-MALDONADO. Post-*Miranda*, Gilberto LOPEZ-MALDONADO admitted to being a citizen of Guatemala who entered the United States illegally in 2000. He further admitted to having received a Resident Alien Card and Social Security Card in the name of Roberto LOPEZ-MALDONADO from an unknown individual, who is currently deceased and whose name he doesn't remember. Gilberto LOPEZ-MALDONADO further admitted that he used those documents for employment purposes, but he didn't remember the name of the company. Lastly, Gilberto LOPEZ-

MALDONADO admitted that the photograph that appears on the Resident Alien Card is a photograph of him taken by an unknown individual.

7. Based on the foregoing facts, I submit that there is probable cause to believe that Gilberto LOPEZ-MALDONADO violated 18 U.S.C. § 1546(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 22 day of December 2015.

_____
HON. JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8663-JMH

### BOND RECOMMENDATION

DEFENDANT: Gilberto LOPEZ-MALDONADO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Alexandra Chase

Last Known Address: 206 South C Street

Lake Worth, FL  33460

What Facility:

Agent(s): Andy Korzen, ICE
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. No. 15-8663-JMH

UNITED STATES OF AMERICA

v.

Gilberto LOPEZ-MALDONADO,
    a/k/a "Roberto Lopez-Maldonado,"

        Defendant.

_____/

CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov